# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)            ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [ ] Yes [ ]  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                     **NATURE OF SUIT**

                                    TORTS                                                ACTIONS UNDER STATUTES

**CONTRACT**              **PERSONAL INJURY**       **PERSONAL INJURY/**         **FORFEITURE/PENALTY**   **BANKRUPTCY**                **OTHER STATUTES**
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE        [ ] 310 AIRPLANE          PHARMACEUTICAL PERSONAL      [ ] 625 DRUG RELATED      [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY           28 USC 158                [ ] 376 QUI TAM
[ ] 130  MILLER ACT               LIABILITY         [ ] 365 PERSONAL INJURY      21 USC 881                [ ] 423 WITHDRAWAL            [ ] 400 STATE
[ ] 140  NEGOTIABLE       [ ] 320 ASSAULT, LIBEL &          PRODUCT LIABILITY    [ ] 690 OTHER                 28 USC 157                        REAPPORTIONMENT
         INSTRUMENT               SLANDER           [ ] 368 ASBESTOS PERSONAL                                                             [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL                   INJURY PRODUCT                                                                [ ] 430 BANKS & BANKING
         OVERPAYMENT &            EMPLOYERS'                LIABILITY            **PROPERTY RIGHTS**                                      [ ] 450 COMMERCE
         ENFORCEMENT              LIABILITY                                                                                               [ ] 460 DEPORTATION
         OF JUDGMENT      [ ] 340 MARINE            **PERSONAL PROPERTY**        [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT    [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT                                 [ ] 830 PATENT                                                   ENCED & CORRUPT
[ ] 152  RECOVERY OF              LIABILITY         [ ] 370 OTHER FRAUD          [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                 ORGANIZATION ACT
         DEFAULTED        [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING     [ ] 840 TRADEMARK                                                (RICO)
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE                                                                                           [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)          PRODUCT LIABILITY                                                       **SOCIAL SECURITY**             [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL       **LABOR**                                                        PROTECTION ACT
         OVERPAYMENT              INJURY                    PROPERTY DAMAGE                               [ ] 861 HIA (1395ff)
         OF VETERAN'S     [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)        [ ] 490 CABLE/SATELLITE TV
         BENEFITS                 MED MALPRACTICE           PRODUCT LIABILITY            STANDARDS ACT    [ ] 863 DIWC/DIWW (405(g))
[ ] 160  STOCKHOLDERS                                                            [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI          [ ] 850 SECURITIES/
         SUITS                                      **PRISONER PETITIONS**               RELATIONS        [ ] 865 RSI (405(g))                    COMMODITIES/
[ ] 190  OTHER                                      [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT                                        EXCHANGE
         CONTRACT         **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO          [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**           [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT                                           VACATE SENTENCE       LEAVE ACT (FMLA)                                                ACTIONS
         PRODUCT          **CIVIL RIGHTS**                  28 USC 2255                                   [ ] 870 TAXES (U.S. Plaintiff or [ ] 891 AGRICULTURAL ACTS
         LIABILITY                                  [ ] 530 HABEAS CORPUS        [ ] 790 OTHER LABOR              Defendant)
[ ] 196 FRANCHISE         [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY               LITIGATION       [ ] 871 IRS-THIRD PARTY         [ ] 893 ENVIRONMENTAL
                                  (Non-Prisoner)    [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC             26 USC 7609                     MATTERS
                          [ ] 441 VOTING                                                 SECURITY ACT (ERISA)                             [ ] 895 FREEDOM OF
**REAL PROPERTY**         [ ] 442 EMPLOYMENT                                                                                                      INFORMATION ACT
                          [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**    **IMMIGRATION**                                          [ ] 896 ARBITRATION
[ ] 210  LAND                     ACCOMMODATIONS                                                                                          [ ] 899 ADMINISTRATIVE
         CONDEMNATION     [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS         [ ] 462 NATURALIZATION                                           PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE              DISABILITIES -    [ ] 555 PRISON CONDITION             APPLICATION                                              APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &             EMPLOYMENT        [ ] 560 CIVIL DETAINEE       [ ] 465 OTHER IMMIGRATION
         EJECTMENT        [ ] 446 AMERICANS WITH            CONDITIONS OF CONFINEMENT    ACTIONS                                          [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND            DISABILITIES -OTHER                                                                                             STATE STATUTES
[ ] 245  TORT PRODUCT     [ ] 448 EDUCATION
         LIABILITY
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:                     DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
[ ]  CHECK IF THIS IS A **CLASS ACTION**            AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
     UNDER F.R.C.P. 23                              IF SO, STATE:

DEMAND $_____  OTHER _____                JUDGE _____  DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND:   YES   NO                             NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

1 Original Proceeding
2 Removed from State Court
   a. all parties represented
   b. At least one party is pro se.
3 Remanded from Appellate Court
4 Reinstated or Reopened
5 Transferred from (Specify District)
6 Multidistrict Litigation (Transferred)
7 Appeal to District Judge from Magistrate Judge
8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF  2 U.S. DEFENDANT  3 FEDERAL QUESTION (U.S. NOT A PARTY)  4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS  [ ] MANHATTAN

DATE _____
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #  Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)